IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| COLUMBIA COUNTY, GEORGIA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 116-069 |
| | * | |
| COMCAST CABLE COMMUNICATIONS | * | |
| MANAGEMENT, LLC, a/k/a | * | |
| COMCAST OF GEORGIA/SOUTH | * | |
| CAROLINA, INC., | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

On June 29, 2016, the parties filed a joint motion for a thirty-day stay of all deadlines, including the deadline for Defendant to file a reply brief in support of its motion to dismiss. (Doc. 10.) Within the motion, the parties specify that they are requesting a stay for the purpose of "explor[ing] whether the disputed claims in this case may be resolved or compromised at the outset of the litigation." Construing this motion as one for an extension of time, the Court **GRANTS** the parties' motion and **EXTENDS** all deadlines in the above-captioned case **by thirty (30) days**.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of June, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA