# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| COLUMBIA COUNTY, GEORGIA | * | |
| Plaintiff, | * | |
| v. | * | CV 116-069 |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a/k/a COMCAST OF GEORGIA/SOUTH CAROLINA, INC., | * | |
| Defendant. | * | |

# O R D E R

On September 2, 2016, the parties in the captioned case filed a Stipulation of Dismissal with Prejudice. (Doc. 15.) The stipulation is signed by all parties in the case. (<u>Id.</u>) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA